UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-296-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MICHAEL DARYLE BRITTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Conspiracy to Import Marijuana; Conspiracy to Possess Marijuana with

Intent to Distribute; Possession of Marijuana with the Intent to Distribute

<u>Date of Detention Hearing</u>:    May 24, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been indicted on drug charges the maximum penalty of which is in

DETENTION ORDER                                                                 15.13
18 U.S.C. § 3142(i)                                                             Rev. 1/91
PAGE 1

01  excess of ten years.  There is therefore a rebuttable presumption against defendant as to both
02  dangerousness and flight risk, under 18 U.S.C. §3142(e).
03      2.      Defendant is a Canadian citizen.  The AUSA proffers that defendant advised the
04  case agents that he was involved in the instant charges as a means to pay off gambling debts and
05  that he owed "thousands of dollars" from gambling.  There are possible mental health and alcohol
06  abuse issues.  The defendant reports being essentially unemployed for the last seven years.
07      3.      Taken as a whole, the record does not effectively rebut the presumption that no
08  condition or combination of conditions will reasonably assure the appearance of the defendant as
09  required and the safety of the community.
10  It is therefore ORDERED:
11      (1)     Defendant shall be detained pending trial and committed to the custody of the
12              Attorney General for confinement in a correction facility separate, to the extent
13              practicable, from persons awaiting or serving sentences or being held in custody
14              pending appeal;
15      (2)     Defendant shall be afforded reasonable opportunity for private consultation with
16              counsel;
17      (3)     On order of a court of the United States or on request of an attorney for the
18              Government, the person in charge of the corrections facility in which defendant is
19              confined shall deliver the defendant to a United States Marshal for the purpose of
20              an appearance in connection with a court proceeding; and
21      (4)     The clerk shall direct copies of this Order to counsel for the United States, to
22              counsel for the defendant, to the United States Marshal, and to the United States

01        Pretrial Services Officer.

02        DATED this 24th day of May, 2007.

                                        *[signature]*
                                        Mary Alice Theiler
                                        United States Magistrate Judge

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 3